IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGGY J. BRUMWELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-696-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 28 day of March 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Cross-Motion For Summary Judgment (D.I. 17) is **GRANTED**.

2. Plaintiff's Motion For Summary Judgment (D.I. 15) is **DENIED**.

3. The final decision of the Commissioner dated January 5, 2006, is **AFFIRMED**.

4. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant.

_____
UNITED STATES DISTRICT JUDGE