IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEGGY J. BRUMWELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-696-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
| Defendant. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 28, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Michael J. Astrue and against Plaintiff Peggy J. Brumwell.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2008

_____
(By) Deputy Clerk